# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Steris Isomedix Services, Inc. | 1/6/2023 | 266950 | Check | $ 26,718.11 |
| Akorn Operating Company, LLC | Steris Isomedix Services, Inc. | 1/23/2023 | 267029 | Check | $ 2,624.09 |
| Akorn Operating Company, LLC | Steris Isomedix Services, Inc. | 2/1/2023 | 267210 | Check | $ 19,014.97 |
| Akorn Operating Company, LLC | Steris Isomedix Services, Inc. | 2/8/2023 | 267303 | Check | $ 3,650.00 |
| | | | | | $ 52,007.17 |