# **EXHIBIT B**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Steris Corp | 11/28/2022 | 266332 | Check | $ 8,664.80 |
| Akorn Operating Company, LLC | Steris Corp | 12/8/2022 | 266470 | Check | $ 27,783.72 |
| | | | | | $ 36,448.52 |